United States District Court

Eastern District of California

Thurman Leroy Spencer,

       Petitioner,　　　　　　　　No. Civ. S 05-2456 GEB PAN P

   vs.　　　　　　　　　　　　　Order

People of the State
of California,

       Respondent.

-oOo-

    Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

    To commence a habeas corpus proceeding, a petitioner must pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

1    Within 30 days from the day this order is signed petitioner
2 may submit either the filing fee or the application required by
3 section 1915(a).  The clerk of the court is directed to mail to
4 petitioner a form application for leave to proceed in forma
5 pauperis.  Failure to comply with this order will result in this
6 file being closed.
7    So ordered.
8    Dated:  December 13, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge