IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**THURMAN LEROY SPENCER,**

                                    Petitioner,

        v.

**ROY CASTRO, Warden,**

                                    Respondent.

CIV S-05-2456 GEB PAN P

~~Proposed~~ **ORDER**

        Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's

Petition for Writ of Habeas Corpus be filed on or before May 18, 2006.

Dated: April 18, 2006.

_____

UNITED STATES MAGISTRATE JUDGE

\004
\spen2456.36