IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

    Petitioner,                    No. CIV S-05-2456 GEB PAN P

    vs.

ROY CASTRO, Warden,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a traverse and to respond to the motion for sealing order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 30, 2006 and June 1, 2006 motions for extensions of time are granted;

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse and a response to the motion for sealing order.

DATED: June 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp; 001; spen2456.111