IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

    Petitioner,               No. CIV S-05-2456 GEB EFB P

    vs.

ROY CASTRO, Warden,

    Respondent.             ORDER

_____/

On June 19, 2006, petitioner filed a request for appointment of counsel. On July 28, 2006, the court denied the request without prejudice. Petitioner seeks an extension of time to file and serve a "response" to the court's July 28, 2006, order. The court construes "response," as "motion for reconsideration."

If no party seeks reconsideration of a magistrate judge's ruling within ten court days from the date the ruling is served on the parties, the ruling becomes final. L. R. 72-303(b).

Giving petitioner the benefit of <u>Houston v. Lack</u>, 487 U.S. 266 (1988), petitioner filed his request August 20, 2006. Petitioner filed his request after the court's order was final.

Petitioner's August 23, 2006, motion for an extension of time therefore is denied.

So ordered.

Dated: August 29, 2006.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\spen2456.dny eot