1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  THURMAN LEROY SPENCER,

11          Petitioner,              No. CIV S-05-2456 GEB EFB P

12      vs.

13  ROY CASTRO, Warden,

14          Respondent.             ORDER

15  _____/

16      Petitioner is a prisoner without counsel seeking a writ of habeas corpus.  <u>See</u> 28 U.S.C.

17  § 2254.  He has filed requests for copies of the documents respondent lodged on May 10, 2006,

18  and filed on May 17, 2006.  Petitioner asserts that he requires the lodged "briefs" so he can

19  respond and that a copy of the transcript filed May 17, 2006, is not in the record on appeal.

20      The relevant part of the rule governing answer and reply in section 2254 proceedings

21  provides:

22          The answer must also indicate what transcripts (of pretrial, trial,
            sentencing, or post-conviction proceedings) are available, when
23          they can be furnished, and what proceedings have been recorded
            but not transcribed.  The respondent must attach to the answer
24          parts of the transcript that the respondent considers relevant.

25  Rule 5(c), Rules Governing Section 2254 Cases.

26

1   Respondent did not serve the lodged documents on petitioner and therefore failed to

2 comply with the requirement of Rule 5(c) that he do so.  However, the lodged documents are

3 transcripts and other documents related to the state court's proceedings, not "briefs," the

4 characterization used in petitioner's motion.  Nowhere does petitioner assert that he lacks the

5 documents lodged on May 10, 2006.

6   Petitioner does not have a transcript of the hearing held pursuant to <u>People v. Marsden</u>,

7 84 Cal.Rptr. 156 (Cal. 1970) since is was sealed in the state court.  By separate order, the court

8 directs respondent to serve petitioner with a copy of this transcript.

9   Therefore, docket number 32, petitioner's June 22, 2006, request for documents is

10 denied.

11 So ordered.

12 Dated: August 30, 2006.

13

14          EDMUND F. BRENNAN
            UNITED STATES MAGISTRATE JUDGE

15 \spen2456.dny copy of lodged docs

16

17

18

19

20

21

22

23

24

25

26