IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

    Petitioner,                       No. CIV S-05-2456 GEB EFB P

    vs.

ROY CASTRO, Warden,

    Respondent.                   <u>ORDER</u>

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has answered the petition. On November 6, 2006, petitioner filed a request that this court stay this action and hold it in abeyance until this court resolves petitioner's petition for a writ of mandate. Petitioner asserts that before filing the petition, he filed a petition for a writ of mandate seeking an order directing "the retrieval of DNA results for the purpose of submitting this information with the pending habeas petition." The court has reviewed its records[1], and finds that petitioner commenced a separate action with a Petition for a Writ of Mandate. *Spencer v. Castro*, Case No. 05-2544 LKK PAN P. The court transferred that action to the Fresno Division of this Court, which is handling it as a civil rights complaint. Thus, there

---

[1] A court may take judicial notice of its own records in other cases. *United States v. Wilson*, 631 F.2d 118, 119-20 (9th Cir. 1980).

1

1 is no petition for a writ of mandate pending before the court.  It is not clear whether petitioner
2 wants disclosure of the DNA test results for use in this action or in the civil rights action pending
3 in Fresno.  If petitioner wants respondent to disclose the results in this action, then he must use
4 the appropriate procedures permitted under Rule 6 of the Rules Governing Section 2254 Cases.
5 Petitioner is advised that this rule does not authorize the court to stay an action.  Rather, it
6 permits, under limited circumstances, discovery in actions brought pursuant to 28 U.S.C. § 2254.
7 Petitioner has not filed any discovery request in this action.  Petitioner is cautioned that he must
8 not file a frivolous request for leave to conduct discovery.  *See* Fed. R. Civ. P. 11.  Petitioner
9 must weigh carefully whether he seeks evidence for use in this action or in his civil rights action
10 pending in Fresno.

   Accordingly, it is hereby ORDERED that petitioner's November 6, 2006, request is denied.

Dated:  August 15, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE