IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

    Petitioner,                    No. CIV S-05-2456 GEB EFB P

    vs.

ROY CASTRO, Warden, et al.,

    Respondents.                ORDER

                              /

          On December 4, 2009, plaintiff filed a request for reconsideration of the magistrate judge's orders filed September 2, 2009 and November 10, 2009, denying his motions for appointment of counsel, for an evidentiary hearing, to expand the record, for release of his trial file, and to conduct discovery. Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law.

///

///

///

///

1         Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the orders of
2 the magistrate judge filed September 2, 2009 and November 10, 2009, are affirmed.

3 Dated:  December 22, 2009

```
                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```

7 /