IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

    Petitioner,                    No. 2:05-cv-2456 GEB KJN P

    vs.

ROY CASTRO,

    Respondent.                  <u>ORDER</u>

                                  /

        On August 9, 2010, the undersigned recommended that petitioner's application for a writ of habeas corpus be denied. On September 22, 2010, petitioner filed objections to the findings and recommendation stating that he could not prepare proper objections because he was missing relevant legal property. On September 22, 2010, petitioner also filed a motion requesting that prison officials provide him with boxes # 3 and # 6 of his legal property that were removed from his cell on February 11, 2010.

        Good cause appearing, respondent Warden of the California Substance Abuse Treatment Facility is ordered to respond to petitioner's allegations of denial of access to his legal property.

        In his September 22, 2010 motion petitioner also requests that he be provided law library access. Petitioner makes no showing that the law library access he currently receives is

inadequate.  Accordingly, the motion for law library access is denied.

          Accordingly, IT IS HEREBY ORDERED that:

     1.  Petitioner's motion for law library access contained in his September 22, 2010 motion (Dkt. No. 103) is denied;

     2.  Within ten days of the date of this order, respondent Warden shall respond to petitioner's claim of denial of access to his legal property set forth in his September 22, 2010 motion.

DATED:  September 27, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spen2456.ord