IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

    Petitioner,                              No. 2:05-cv-2456 GEB KJN P

    vs.

ROY CASTRO,

    Respondent.                         <u>ORDER</u>

_____/

        On October 29, 2010, petitioner filed a letter with the court stating that prison officials refused to deliver to him a brown envelope sent from the court regarding the instant action. The only order issued by the court in the instant action in October 2010 was the order filed October 6, 2010, which petitioner clearly received. For these reasons, petitioner's October 29, 2010 letter is disregarded.

        Accordingly, IT IS HEREBY ORDERED that petitioner's letter filed October 29, 2010 is disregarded.

DATED: November 19, 2010

                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

spe2456.ord(2)