IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LEROY SPENCER,

     Petitioner,                        No. 2:05-cv-2456 GEB KJN P

    vs.

ROY CASTRO,

     Respondent.                    <u>ORDER</u>

_____/

       Petitioner has requested the appointment of counsel. However, this action is now on appeal to the Ninth Circuit Court of Appeals. A request for appointment of counsel should be addressed to the Ninth Circuit.

       Accordingly, IT IS HEREBY ORDERED that petitioner's February 7, 2011 motion for appointment of counsel (Dkt. No. 127) is disregarded.

DATED: February 15, 2011

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

spen2456.110